U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: McKenzie-Lopez, et al. v. City of Chicago

Case Number: 16-cv-10791

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print): Myron M. Cherry

Firm: Myron M. Cherry & Associates, LLC

Street address: 30 N. LaSalle St., Suite 2300

City/State/Zip: Chicago, IL 60602

Bar ID Number: 0433438
(See item 3 in instructions)

Telephone Number: (312) 372-2100

Email Address: mcherry@cherry-law.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 2, 2016

Attorney signature: S/ Myron M. Cherry
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015