## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Delyn McKenzie–Lopez, et al.

                          Plaintiff,

v.                                             Case No.: 1:16–cv–10791
                                             Honorable Sara L. Ellis

City Of Chicago

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 1/26/2017. Motion to dismiss for failure to state a claim [19] is denied as moot. Motion for leave to file excess pages [21] is denied as moot. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.